

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

AMARILLO TX 791

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401603 JUN. 16. 2015.



☐ Other:

☐ Insufficient address

☒ Inmate out of jail

Return to Sender

RE: WR-64,845-02

DANIEL LEE AINSWORTH

#140534

